UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PEGGY LYNN JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:11-cv-0924-RLY-DML |
| | ) |
| SIMON PROPERTY GROUP | ) |
| ADMINISTRATIVE SERVICES | ) |
| PARTNERSHIP, L.P., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Come now the parties, by counsel, and pursuant to Fed. R. Civ. P. 41(a) hereby stipulate and agree that the above-entitled action be dismissed, with prejudice, each party to bear its own costs, attorneys' fees and expenses.

*s/* Kristen D. Foster
Kristen D. Foster, Attorney No. 28957-49

ATTORNEY FOR PLAINTIFF

THE FOSTER GROUP, PLLC
P.O. Box 528
6375 W. US Highway 52
New Palestine, IN  46163
(317) 861-8461
(Fax) (480) 718-7665
kfoster@fosterslawgroup.com

*s/* Byron L. Myers
Byron L. Myers, Attorney No. 9405-49

ATTORNEY FOR DEFENDANT

ICE MILLER LLP

One American Square
Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100
(Fax) (317) 236-2219
byron.myers@icemiller.com

I/2811790.1